# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Honorable Lucy H. Koh**
Courtroom 8 - 4th Floor

## Criminal Minute Order

Date: November 18, 2016                                  Time in Court: 3 hours and 29 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: United States of America v. Joseph Shayota (Present, Out of Custody)(1) & Adriana Shayota (Present, Out of Custody)(2)**
**CASE NUMBER**: **5:15-cr-00264-LHK**

For the Government: Susan Knight and Matthew Parrella.  Also present: Russell Herman & Frank Reid, Jr.
For Defendants: Gregory Vega, Adam Gordon & Joseph McMullen.  Also present: Joseph Shayota & Adriana Shayota.

**PROCEEDINGS:**
**Jury Trial**

Please see trial log attached.

///