UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:15-cr-00264-LHK**
Case Name: United States of America v. Joseph Shayota & Adriana Shayota

### TRIAL LOG

| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK**: |
|---|---|---|---|---|
| 11/18/2016 | | Lee-Anne Shortridge | | Oscar Rivera |

| PLF | DEFTS | *TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:10 AM | Jury is summoned. All 14 jurors are present. |
| | | 9:11 AM | Resume direct examination of Kellie Mlaker, previously sworn, by Government Attorney Susan Knight. |
| | CX | 9:29 AM | Begin cross examination of Ms. Mlaker by Defense Attorney Gregory Vega. |
| | CX | 10:24 AM | Begin cross examination of Ms. Mlaker by Defense Attorney Joseph McMullen. |
| | | 10:32 AM | Jury is excused for break. |
| | | 10:33 AM | Hearing held outside the presence of the jury. |
| | | 10:43 AM | Break. |
| | | 10:58 AM | Resume cross examination of Ms. Mlaker by Mr. McMullen. |
| RDX | | 11:35 AM | Begin redirect examination of Ms. Mlaker by Ms. Knight. |
| | RCX | 11:40 AM | Begin recross examination of Ms. Mlaker by Mr. McMullen. |
| RDX | | 11:41 AM | Redirect examination of Ms. Mlaker by Ms. Knight. |
| | | 11:42 AM | No further examination. Ms. Mlaker is excused, not subject to recall. |
| | | 11:43 AM | The government rests. |
| | | 11:43 AM | Defendants rest. |
| | | 11:45 AM | Jury is excused for break. |
| | | 11:45 AM | Hearing held outside the presence of the jury. |
| | | 12:02 PM | Jury is summoned. |
| | | 12:05 PM | Jurors are excused for the day and instructed not to discuss case. Jurors to return 11/22/2016 at 9:00 a.m. |
| | | 12:05 PM | Hearing held outside the presence of the jury. |
| | | 12:18 PM | Rule 29(a) motion presented by Defendants. Arguments presented. |
| | | 12:25 PM | Break. |
| | | 3:36 PM | Hearing held outside presence of jury. |
| | | 3:40 PM | Rule 29(a) motion denied. |

| | | | |
|---|---|---|---|
| | | 4:05 PM | Court is adjourned. Trial to resume 11/22/2016 at 9:00 a.m. |
| | | | |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |