UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SHAYOTA and ADRIANA SHAYOTA.<br><br>Defendants. | Case No. 15-CR-00264-LHK<br><br>**JURY VERDICT**<br><br>(Signed by Jury Foreperson on 11/28/2016) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br>            Plaintiff,<br>    v.<br>JOSEPH SHAYOTA and<br>ADRIANA SHAYOTA,<br>            Defendants. | Case No. 15-CR-00264-LHK<br>**VERDICT FORM** |

**IT IS SO ORDERED.**

Dated: November 18, 2016

                                              _____<br>                                              LUCY H. KOH<br>                                              United States District Judge

Case No. 15-CR-00264-LHK
VERDICT FORM

## COUNT ONE

1. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JOSEPH SHAYOTA | X | |
| ADRIANA SHAYOTA | X | |

(place an X on the appropriate line) of Conspiracy to Traffic in Counterfeit Goods, in violation of Title 18, United States Code, Section 2320(a), as charged in Count One of the Information.

Case No. 15-CR-00264-LHK
VERDICT FORM

COUNT TWO

2(a). We, the Jury, find defendant JOSEPH SHAYOTA,

GUILTY               NOT GUILTY
___X___              _____

(place an X on the appropriate line) of Conspiracy to Commit Criminal Copyright Infringement and/or Conspiracy to Introduce Misbranded Food into Interstate Commerce, in violation of Title 18, United States Code, Section 371, as charged in Count Two of the Information.

2(b). We, the Jury, unanimously find that JOSEPH SHAYOTA knowingly conspired to commit the crime(s) of (place an X on the appropriate lines):

Criminal Copyright Infringement        ___X___   YES
                                       _____   NO

Introduction of Misbranded Food into Interstate Commerce
                                       ___X___   YES
                                       _____   NO

(You may reach a finding as to Criminal Copyright Infringement, Introduction of Misbranded Food into Interstate Commerce, neither, or both).

3(a). We, the Jury, find defendant ADRIANA SHAYOTA,

GUILTY               NOT GUILTY
___X___              _____

(place an X on the appropriate line) of Conspiracy to Commit Criminal Copyright Infringement and/or Conspiracy to Introduce Misbranded Food into Interstate Commerce, in violation of Title 18, United States Code, Section 371, as charged in Count Two of the Information.

Case No. 15-CR-00264-LHK
VERDICT FORM
2

3(b).    We, the Jury, unanimously find that ADRIANA SHAYOTA knowingly conspired to commit the crime(s) of (place an X on the appropriate lines):

    Criminal Copyright Infringement      __X__ YES

                                                    _____ NO

    Introduction of Misbranded Food into Interstate Commerce

                                                    __X__ YES

                                                    _____ NO

(You may reach a finding as to Criminal Copyright Infringement, Introduction of Misbranded Food into Interstate Commerce, neither, or both).

DATED: 11/28/2016

_Rachel Crutcher_
FOREPERSON

Case No. 15-CR-00264-LHK
VERDICT FORM

3